1
2
3
4
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN FRANCISCO DIVISION

11
| | |
|---|---|
| **ALFONSO CARRANZA,** | C 08-2511 PJH |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ROBERT AYERS, JR., Warden,** | |
| Respondent. | |

16        This Court considered Respondent's Request for an Extension of Time to Respond to

17  Petition, and good cause appearing,

18        **IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time to

19  Respond to Petition is **GRANTED.** If this Court denies Respondent's Request to Stay Pending

20  Issuance of Mandate in *Hayward,* Respondent shall respond to Petitioner's Petition for Writ of

21  Habeas Corpus thirty days after the denial; or if this Court grants Respondent's Request,

22  Respondent shall respond to Petitioner's Petition thirty days after the issuance of the mandate in

23  *Hayward.*

24  Dated: _____            _____

25                                          The Honorable Phyllis J. Hamilton

26
27
28