UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRONSO CARRANZA,

    Petitioner,

vs.

ROBERT AYERS, JR., Warden,

    Respondent.

No. C 08-2511 PJH (PR)

**ORDER DENYING RESPONDENT'S MOTION FOR STAY**

This is a habeas case filed pro se by a state prisoner to challenge a Board of Parole Hearings decision denying him parole. Respondent now has filed a motion to stay this case indefinitely pending the en banc decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir.), *reh'g en banc granted*, No. 06-55392, slip op. at 1 (9th Cir. May 16, 2008).

Respondent asserts that a stay is warranted on basis of judicial economy because *Hayward* "may" decide various issues applicable to this case. It is an abuse of discretion for a district court to stay a habeas petition indefinitely pending appellate resolution of a different case involving parallel issues. *Yong v. INS*, 208 F.3d 1116, 1120-22 (9th Cir. 2000). Accordingly, the motion for a stay (document number 3 on the docket) is **DENIED**.

Respondent's motion for an extension of time to show cause (document 5) is **GRANTED**. He shall file his answer within thirty days of the date this order is entered. The deadline for petitioner to file his traverse, which is calculated from the date the answer is filed, remains the same.

**IT IS SO ORDERED.**

Dated: September 2, 2008.

                                                  PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\HC.08\CARRANZA2511.Deny stay.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFONSO CARRANZA,

        Plaintiff,

  v.

ROBERT AYERS JR. et al,

        Defendant.

Case Number: CV08-02511 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfonso Carranza E-30803
San Quentin State Prison
3-N-96L
San Quentin, CA 94974

Dated: September 2, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk